UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Case No. 12-cr-98-PB

<u>James Nelson Lund</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the October 2, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

    For the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from October 2, 2012 to December 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh

the best interests of the public and the defendant in a speedy trial.

The September 25, 2012 final pretrial conference is continued to November 20, 2012 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>
Paul Barbadoro<br>
United States District Judge

September 25, 2012

cc: Jonathan Saxe, Esq.
    Arnold Huftalen, AUSA
    United States Marshal
    United States Probation